IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                     CASE NO. 4:12cr00044-02 JMM

DANIEL GARCIA-ARELLANO, USM Number 26801-009

## ORDER

Due to a clerical error, the Judgment entered in this case on September 20, 2013 (DE #99) is amended to correct a clerical error. The term of imprisonment is eighty-seven (87) months, as stated on record. The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office.

IT IS SO ORDERED THIS 22nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE